FILED
2009 Oct-13 AM 08:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KIRBY LaSHAWN TATE,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| **vs.** | )    **Case No.  2:09-CV-0319-CLS-TMP** |
| | ) |
| **WARDEN GARY HETZEL,** | ) |
| | ) |
|     **Respondent.** | ) |

## FINAL ORDER OF DISMISSAL

The magistrate judge filed his report and recommendation in this action on August 26, 2009, recommending that the petition for writ of *habeas corpus,* filed pursuant to 28 U.S.C.§ 2254, be denied and dismissed. Petitioner filed his objections to the report and recommendation on September 9, 2009, contending that he is entitled to a hearing on his claim of actual innocence.

Having now carefully reviewed the report and recommendation, the objections thereto, and all other materials in the court file, the court finds that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the petition for writ of *habeas corpus* in this action is hereby DENIED and DISMISSED with prejudice. The clerk is directed to close this file.

DONE this 9th day of October, 2009.

_____
United States District Judge